IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA NORTON, | ) | |
| | ) | 4:09CV3100 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on plaintiff's notice of appeal, Filing No. 25, and motion for leave to appeal in forma pauperis, Filing No. 26. The court previously found that plaintiff failed to comply with the 30-day time requirement for filing appeals to the Eighth Circuit Court of Appeals pursuant to Federal Rule of Appellate Procedure 4(a). Further, plaintiff failed to show this court why she did not timely file, so this court gave her fourteen days to explain her delay. See Filing No. 27. The plaintiff has not responded to the court's order in this regard. Accordingly, the court will deny plaintiff's motion for in forma pauperis status. The Clerk of Court is ordered to process this appeal accordingly.

THEREFORE, IT IS ORDERED that plaintiff's motion for in forma pauperis status, Filing No. 26, is denied, and the court deems the filing of the notice of appeal as untimely. The Clerk of Court is ordered to process this appeal accordingly.

DATED this 8th day of February, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge